# Order

**Michigan Supreme Court**
**Lansing, Michigan**

March 30, 2011

Robert P. Young, Jr.,
Chief Justice

Michael F. Cavanagh
Marilyn Kelly
Stephen J. Markman
Diane M. Hathaway
Mary Beth Kelly
Brian K. Zahra,
Justices

140992

TIMOTHY WARD
      Plaintiff-Appellee,

v

      SC: 140992
      COA: 284994
      Kent CC: 04-006032-NF

TITAN INSURANCE COMPANY
      Defendant-Appellant.

_____/

By order of September 27, 2010, the application for leave to appeal the March 16, 2010 judgment of the Court of Appeals was held in abeyance pending the decision in *Wilcox v State Farm Mutual Insurance Company* (Docket No. 138602). On order of the Court, leave to appeal having been denied in *Wilcox*, 488 Mich 930 (2010), the application is again considered, and it is DENIED, because we are not persuaded that the question presented should be reviewed by this Court.

CAVANAGH, MARILYN KELLY, and HATHAWAY, JJ., would grant leave to appeal.



I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

March 30, 2011

_____
Clerk

y0323